UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GREEN,<br><br>            Petitioner,<br><br>    v.<br><br>JOSEPH WOODRING (Warden),<br><br>            Respondent. | No. CV 05-6058-AG(CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that the petition for habeas corpus relief be **GRANTED** in the form of a declaratory judgment finding that Petitioner's federal sentence began running, as a matter of law, on August 2, 2000, as discussed in the Report and Recommendation; and (3) that judgment be entered accordingly.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on the parties.

DATED: JAN 28, 2010

ANDREW J. GUILFORD
United States District Judge