UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GREEN, | No. CV 05-6058-AG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOSEPH WOODRING (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is **GRANTED** in the form of a declaratory judgment that Petitioner's federal sentence began running, as a matter of law, on August 2, 2000.

DATED: JAN 28, 2010

ANDREW J. GUILFORD
United States District Judge